UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JECG, by and through his next friend, Rebecca Chavez,

Petitioner,

-against-

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, et al.,

Respondents.

26-CV-9966 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of petitioner's application for issuance of an order to show cause, pursuant to 28 U.S.C. § 2243, Dkt. 2, and his petition for a writ of habeas corpus, Dkt. 1. Upon due consideration of those filings, IT IS HEREBY ORDERED that:

1. Respondents shall file their return to the petition by November 18, 2026;
2. Petitioner shall file any reply by November 23, 2026;
3. This matter shall be heard by this Court on November 25, 2026, at 1:00 PM ET, in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Petitioner should be produced and present for this hearing;
4. Respondents shall ensure that petitioner in maintained in this district pending these proceedings;
5. Respondents must permit petitioner to contact his attorneys throughout these proceedings, and they are required to disclose petitioner's location to his attorneys promptly upon request;
6. Service of this order shall be made by petitioner on respondents by November 13, 2026, by e-mail, to Jeffrey Stuart Oestericher, Jeffrey.Oestericher@usdoj.gov, and such communication shall constitute good and sufficient service.

The Clerk of Court is respectfully directed to terminate the motion at ECF 2.

SO ORDERED.

Dated: November 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge